UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

United States of America,

        -against-

Adelaida Laga,

                Defendant.

Docket No. 15-CR-00136 (CBA)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that I have been retained as counsel by Adelaida Laga, the above-named defendant.

Dated: Brooklyn, New York
       April 8, 2015

                              Yours, etc.,

                              Fisher & Fisher LLC

                              _____/s/_____
                              By: Andrew S. Fisher, Esq.
                              Attorneys for Defendant
                              Adelaida Laga
                              Post Office Box 61060
                              New Dorp Station
                              Staten Island, NY 10306
                              (646) 837-7120
                              andrew@asf-lawfirm.com

cc (via ECF): Sylvia Shweder
                    United States Attorney's Office